UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN, | No. 2:25-cv-2239 CKD P |
| Plaintiff, | |
| v. | ORDER |
| WALLACE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983. Plaintiff requests that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request an attorney to voluntarily represent such a plaintiff. See 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). When determining whether "exceptional circumstances" exist, the court must consider plaintiff's likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009) (district court did not abuse discretion in declining to appoint counsel). The burden of demonstrating exceptional circumstances is on the plaintiff. Id. Circumstances
/////

1  common to most prisoners, such as lack of legal education and limited law library access, do not
2  establish exceptional circumstances that warrant a request for voluntary assistance of counsel.
3  　　　　Having considered the factors under <u>Palmer</u>, the court finds that plaintiff has failed to
4  meet his burden of demonstrating exceptional circumstances warranting the appointment of
5  counsel at this time.
6  　　　　On August 29, 2025, plaintiff's complaint was dismissed with leave to file an amended
7  complaint.  Plaintiff has not filed an amended complaint.  Good cause appearing, plaintiff will be
8  given an additional 30 days within which to file his amended complaint.  If plaintiff does not file
9  an amended complaint within 30 days, the court will recommend that this action be dismissed.
10 　　　　Accordingly, IT IS HEREBY ORDERED that:
11 　　　　1.  Plaintiff's motion for the appointment of counsel (ECF No. 14) is DENIED.
12 　　　　2.  Plaintiff is granted 30 days to file an amended complaint in compliance with the
13 court's August 29, 2025, order.  Failure to file an amended complaint within 30 days will result in
14 a recommendation that this action be dismissed.
15 Dated:  October 14, 2025

　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
cole2239.mfc

2