IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WENDELL COLEMAN,**<br>Plaintiff,<br>**v.**<br>**WALLACE, et al.,**<br>Defendant. | Case No. 2:25-cv-02239-TLN-CKD<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Having read and considered Defendant D. Martin's first request for an extension of time to file a responsive pleading to Plaintiff's Second Amended Complaint, the declaration of Defendant's counsel supporting the request, and for good cause appearing, the application is **GRANTED**.

Defendant D. Martin has until October 12, 2026, to file and serve a responsive pleading to Plaintiff's Second Amended Complaint.

**IT IS SO ORDERED**.

Dated: September 11, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE